NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**AIA ENGINEERING LIMITED,**
*Plaintiff/Counterclaim Defendant-Appellant,*

**AND**

**VEGA INDUSTRIES, LTD., INC.,**
*Third Party Defendant-Appellant,*

**v.**

**MAGOTTEAUX INTERNATIONAL S/A**
**AND MAGOTTEAUX, INC.,**
*Defendants/Counterclaimants- Appellees.*

---

2013-1035

---

Appeal from the United States District Court for the Middle District of Tennessee in case no. 09-CV-0255, Chief Judge William J. Haynes, Jr.

---

**ON MOTION**

---

**O R D E R**

The appellants move without opposition for an extension of time, until January 4, 2013, for the appellants to

AIA ENGINEERING LTD. V. MAGOTTEAUX INTERNATIONAL          2

file their opening brief, and for an extension of time, until February 22, 2013, for the appellees to file their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21